# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Amber Aubrey, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:25-cv-05702 |
| | § | |
| Portfolio Recovery Associates LLC et al, | § | |
| | § | |
| Defendant. | § | |

## <u>NOTICE OF SETTLEMENT</u>

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE GEORGE C HANKS, JR.:

Plaintiff Amber Aubrey and Defendant Equifax Information Services LLC hereby notify the Court that they have reached a settlement in principle resolving all claims asserted in this action. The parties are in the process of finalizing the settlement agreement and completing any necessary settlement-related obligations. The parties anticipate filing appropriate dismissal papers within thirty (30) days of the filing of this Notice.

Accordingly, the parties respectfully request that the Court retain this case on its docket during that period and defer any deadlines, hearings, and other case-management matters pending submission of the dismissal documents.

Respectfully submitted,

*/s/ Felix T. Readus*
Felix T. Readus
Readus Law
6335 Gulfton Street, Suite 217
Houston, Texas 77081
Telephone: (713)591-5032
Email: Principal@ReadusLaw.com

*Counsel For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2026, a true and correct copy of the foregoing Notice of Settlement was served on all counsel of record via the Court's CM/ECF system.


*s/ Felix T. Readus*
Felix T. Readus
Readus Law
6335 Gulfton Street, Suite 217
Houston, Texas 77081
Telephone: (713) -_
Email: Principal@ReadusLaw.com

*Counsel For Plaintiff*