# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

AMBER AUBREY,

       Plaintiff,

  v.

          Case No. 4:25-cv-05702

PORTFOLIO RECOVERY
ASSOCIATES LLC, et al.

       Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Experian Information Solutions, Inc.

Respectfully submitted this 29th day of June, 2026.

    */s/ John Paul Loscheider*
John Paul Loscheider
Bar No. 0398452
GOODWIN PROCTER LLP
1900 N Street, NW
Washington, DC 20036
Phone: (202) 346-4000
Fax: (202) 346-4444
Email: jloscheider@goodwinlaw.com
Admitted only in Minnesota; work supervised
by D.C.-admitted attorneys at Goodwin

*Counsel for Defendant*
*Experian Information Solutions, Inc*