**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Amber Aubrey, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC | ) | |
| JPMorgan Chase Bank, N.A. | ) | Civil Action No. 4:25-cv-05702 |
| Missouri Higher Education Loan Authority | ) | |
| Equifax Information Services, LLC | ) | |
| Experian Information Solutions, Inc. | ) | |
| Trans Union, LLC | ) | |
| | ) | |
| *Defendants*. | ) | |

**<u>MOTION TO WITHDRAW AS COUNSEL</u>**

Pursuant to Local Rule 83.2, Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Logan Massey as counsel for Experian in this action and in support states as follows:

1. On January 5, 2026, Logan Massey of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 29, 2026, John Paul Loscheider, of the law firm Goodwin Procter LLP entered an appearance in this matter. His contact information is as follows: John Paul Loscheider, 1900 N St. NW, Washington, DC 20036; (771) 200-2112; jloscheider@goodwinlaw.com.

3. Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Logan Massey will not delay the adjudication of this matter or otherwise prejudice any party.

4. Experian consents to this request.

Experian respectfully requests that the Court grant an Order withdrawing Logan Massey as counsel for Experian in this matter.

Dated: June 30, 2026

Respectfully submitted,

/s/ Logan Massey

Logan S. Massey
State Bar ID: 24149200
SDTX Bar ID: 3949530
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone: 832-239-3816
Email: lmassey@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 30, 2026, I electronically filed the

foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to all

counsel of record.

*/s/ Logan Massey*
Logan Massey

*Attorney for Defendant*
*Experian Information Solutions, Inc.*
