United States District Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Amber Aubrey, )<br><br>*Plaintiff,* )<br><br>v. )<br><br>Portfolio Recovery Associates, LLC )<br>JPMorgan Chase Bank, N.A. )<br>Missouri Higher Education Loan Authority )<br>Equifax Information Services, LLC )<br>Experian Information Solutions, Inc. )<br>Trans Union, LLC )<br><br>*Defendants.* ) | Civil Action No. 4:25-cv-05702 |

**ORDER GRANTING MOTION TO WITHDRAW**

The Court, having reviewed Logan Massey's Motion to Withdraw as Counsel, and having been fully advised of the same, hereby **GRANTS** the Motion.

Logan Massey is hereby withdrawn from the above-captioned matter.  The Clerk of Court is directed to remove Logan Massey as counsel of record.  John Paul Loscheider of Goodwin Procter LLP shall remain counsel of record for Defendant Experian Information Solutions, Inc.

**ORDERED** this ___30th___ day of __June___ 2026.

_George C. Hanks Jr._
Judge George C. Hanks, Jr.
UNITED STATES DISTRICT JUDGE

.